## Hawkins *v.* Media, Middletown, Aston and Chester Electric Railway Company, Appellant.

Argued Nov. 2, 1903. Appeal, No. 195, Oct. T., 1903, by defendant, from judgment of C. P. Del. Co., Dec. T., 1901, No. 118, on verdict for plaintiff in case of John W. Hawkins v. Media, Middletown, Aston and Chester Electric Railway Company. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY PORTER, J., July 28, 1904:

The questions presented by this record were argued with the case of Davis v. The Media, Middletown, Aston & Chester Electric Railway Company, ante, p. 444, and have been considered in the opinion this day filed in that case. The conclusion there reached must here prevail.

The judgment is affirmed.